IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~05-cv-569-WYD-PAC~~ 05-cv-00569-WYD-PAC

GRANT PECK and
DEAN SESSIONS,

    Plaintiffs

v.

PACIFIC CMA, INC, a Delaware corporation,

    Defendant.

---

### ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

---

This matter having come before the Court on the Plaintiffs' June 24, 05 Motion for Leave to File First Amended Complaint for Declaratory Judgment and Damages Pursuant to F.R.Civ.P. 15(a) of Plaintiffs Grant Peck and Dean Sessions, the Court having reviewed the file in this matter and being fully advised in the premises:

HEREBY GRANTS the Motion for Leave to File First Amended Complaint for Declaratory Judgment and Damages. The First Amended Complaint for Declaratory Judgment and Damages submitted to the Court on June 24, 2005 is deemed to be filed with the Court as of this date.

Counsel are directed to the Court's Electronic Filing Procedures, p 15, for the proper filing of proposed orders.

Dated this 22nd day of August, 2005.

BY THE COURT:

S/ PATRICIA A COAN
UNITED STATES DISTRICT COURT ~~JUDGE~~ MAGISTRATE JUDGE

1102533_1.doc