IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00569-WYD-PAC

GRANT PECK, and
DEAN SESSIONS,

     Plaintiff(s),

v.

PACIFIC CMA, INC., a Delaware corporation,

     Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Unopposed Motion of Plaintiff's Grant Peck and Dean Sessions to Modify Scheduling Order [filed November 18, 2005; Doc. No. 28] is **GRANTED** as follows:

     The discovery cutoff is extended to **December 21, 2005.**

Dated:  November 29, 2005