IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00569-WYD-PAC

GRANT PECK; and
DEAN SESSIONS,

    Plaintiffs,

v.

PACIFIC CMA, INC., a Delaware corporation,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Attorney's Fees [# 87], filed June 22, 2007, **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.  The exhibits need not be resubmitted.

    Dated:  June 22, 2007