IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00569-WYD-PAC

GRANT PECK; and
DEAN SESSIONS,

    Plaintiffs,

v.

PACIFIC CMA, INC., a Delaware corporation,

    Defendant.

---

### ORDER

---

THIS MATTER is before the Court on Defendant's Unopposed Motion to Bifurcate Hearing [# 105], filed July 27, 2007.  On June 22, 2007, the Defendant filed a Motion for Attorney's Fees, and the Court set a hearing on this motion for Tuesday, September 4, 2007, at 9:00 a.m.

In the instant motion, the Defendant requests that the Court bifurcate the September 4, 2007 hearing on attorneys' fees.  In support of this motion, the Defendant states that it anticipates it will need to demonstrate that: (1) Plaintiffs' case was without merit pursuant to *Can-Am Petroleum Co. v. Beck*, 331 F.2d 371, 371 (10th Cir. 1964) and (2) counsels' billing for professional services was reasonable.

Defendant further states that it will need to retain at least one expert witness to testify regarding the issue of reasonableness.  While Defendant is willing to absorb this cost, it would prefer to do so after the Court addresses the issue of whether Plaintiffs'

case was without merit.  Therefore, the Defendant requests that this Court address the issue of reasonableness at a subsequent hearing.  Plaintiffs do not oppose this requested relief.

After carefully reviewing the file and motion in the above-captioned case, I find that this motion should be granted.  Accordingly, it is

ORDERED that Defendant's Unopposed Motion to Bifurcate Hearing [# 105], filed July 27, 2007, is **GRANTED**.  It is

FURTHER ORDERED that the issue of whether Plaintiffs' case was without merit will be heard at the hearing on September 4, 2007 at 9:00 a.m.  It is

FURTHER ORDERED that a hearing on the issue of reasonableness of counsels' billing will be set for a later date, if necessary.

Dated:  August 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge