IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00569-WYD-PAC

GRANT PECK; and
DEAN SESSIONS,

      Plaintiffs,

v.

PACIFIC CMA, INC., a Delaware corporation,

      Defendant.

### MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The parties' Joint Motion to Adjourn Hearing (docket #108), filed August 23, 2007, is **GRANTED.**  The hearing on Defendant's Motion for Attorneys' Fees (docket #92) set for **September 4, 2007, is VACATED.**  Additionally, the parties are ordered to file either a withdrawal of Defendant's' Motion for Attorneys' Fees or a joint status report by **September 4, 2007.**

      Dated:  August 23, 2007