IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00569-WYD-PAC

GRANT PECK; and
DEAN SESSIONS,

    Plaintiffs,

v.

PACIFIC CMA, INC., a Delaware corporation,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Unopposed Motion to Withdraw Defendant's Amended Motion for Attorneys' Fees (docket #110), filed August 31, 2007.  In the motion, counsel indicated that the parties have reached a full settlement regarding the matters raised in Defendant's Amended Motion for Attorneys' Fees (docket #92), rendering the motion moot.  After carefully reviewing the file in the above captioned case, I find that this motion should be granted.  Accordingly, it is

ORDERED that the Unopposed Motion to Withdraw Defendant's Amended Motion for Attorneys' Fees (docket #110), filed August 31, 2007, is **GRANTED.**  It is

FURTHER ORDERED that the Defendant's Amended Motion for Attorneys' Fees (docket #92) is **DENIED AS MOOT**.

Dated: September 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge